LAW OFFICES OF

# Murray Richman

2027 Williamsbridge Rd. Bronx, NY 10461
(718) 892-8588 • Fax (718) 518-0674

May 10, 2007

BY FACSIMILE: (914) 390-4085

Hon. Charles L. Brieant
United States District Judge
United States Courthouse
300 Quarropas St., Room 275
White Plains, NY 10601

DOCKET IJ CASE #

AS: Letter

DATE:                    CLB/USDJ

Re: *United States v. Anthony Bellettieri*
07 CR 123 (CLB)

Dear Judge Brieant:

Please be advised that I am the attorney of record for the aforementioned defendant and I am familiar with the facts of this case.

I respectfully submit this letter to request that the above matter, which is scheduled for sentencing on Tuesday, May 15, 2007, at 9:00 A.M., be adjourned for at least one month to a date convenient to the Court. I will be actually engaged on trial before the Honorable Lewis A. Kaplan in the matter of *United States v. Danielle Federoff*, docket # 06-cr-00702-LAK. I have left a message for Probation Officer Thomas McCarthy regarding the Presentence report.

I have communicated with AUSA Cynthia Dunne and she has indicated no objection to this request.

Thank you for your consideration.

Respectfully submitted,

MURRAY RICHMAN, ESQ.

MR/cs

cc: AUSA Cynthia Dunne
    (Via fax #: 914-993-1980)
    Probation Officer Thomas McCarthy
    (Via fax #: 212-805-0046)